UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michelle Love, individually, and on behalf of all others similarly situated, | Case No. 22-CV-2318 (JMB/DLM) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Built Brands, LLC d/b/a/ Built Bar, | |
| Defendant. | |

---

This matter is before the Court on Plaintiff Michelle Love's and Defendant Built Brands, LLC's Stipulation for Dismissal. (Doc. No. 36.) Plaintiff wishes to dismiss her Class Action Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties have signed a Stipulation of Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE as to the claims of putative class members, and DISMISSED WITH PREJUDICE as to Plaintiff's claims individually, without costs or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 21, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court