# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Michelle Love, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-2318 JMB/DLM |
| Built Brands, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE as to the claims of putative class members, and DISMISSED WITH PREJUDICE as to Plaintiff's claims individually, without costs or attorney fees to any party.

Date: 3/21/2024                                                                                          KATE M. FOGARTY, CLERK